IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES D. ROGERS,                          )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )      1:18CV352
                                          )
BENEFICIAL, et al.,                       )
                                          )
                    Defendant(s).         )

## ORDER

On June 28, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner, proceeding pro se, filed objections (Doc. 7) to the Recommendation within the time limit prescribed by § 636.

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 4), which is AFFIRMED and ADOPTED.

IT IS THEREFORE ORDERED that the Complaint be dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted. This dismissal is without prejudice to Petitioner filing a properly supported complaint. If Petitioner maintains he has a claim, he must set forth sufficient allegations of <u>facts</u> pertaining to his specific case to demonstrate that his claim is plausible. In

addition, the court notes that, despite Petitioner's contention, no documents were attached to his complaint.

                                    /s/   Thomas D. Schroeder
                                   United States District Judge

August 9, 2018